# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON LEOPOLD and BUZZFEED INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 20-cv-741 |
| v. ) | |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. Pro. 7.1 and LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia, the undersigned counsel hereby certifies that Plaintiff BuzzFeed, Inc., is a privately owned corporation. Ten percent or more of its stock is owned by NBCUniversal Media LLC, a wholly-owned indirect subsidiary of Comcast Corporation, which is publicly traded. No other publicly held company owns ten percent or more of its stock.

DATED: March 16, 2020

          Respectfully Submitted,

          */s/ Matthew V. Topic*

          Attorneys for Plaintiff

          Matthew Topic, D.C. Bar No. IL0037
          (E-Mail: foia@loevy.com)
          LOEVY & LOEVY
          311 N. Aberdeen, Third Floor
          Chicago, Illinois 60607
          Tel.: (312) 243-5900
          Fax: (312) 243-5902
          Bar No. IL0037