# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JASON LEOPOLD and
BUZZFEED, INC.,

      *Plaintiffs*,

v.

U.S. DEPARTMENT OF JUSTICE,

      *Defendant*.

Case 1:20-cv-00741-CRC

## **ANSWER**

The United States Department of Justice ("Defendant" or "DOJ") hereby answers the numbered paragraphs of Plaintiffs' Amended Complaint, ECF No. 5, as follows:

1. This paragraph consists of Plaintiffs' characterization of this lawsuit, to which no response is required. To the extent a response is deemed required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and they are therefore denied.

2. Admitted that Plaintiffs Jason Leopold and BuzzFeed News submitted a Freedom of Information Act ("FOIA") request to Defendant on February 13, 2020. Defendant respectfully refers the Court to that FOIA request for a full and accurate statement of its contents. The remaining allegation of this paragraph consists of a legal conclusion to which no response is required.

3. Admitted that Defendant is a federal agency. The remaining allegation of this paragraph consists of a legal conclusion to which no response is required.

4. The allegations of this paragraph consist of legal conclusions to which no response is required.

5. The allegations of this paragraph consist of legal conclusions to which no response is required.

6. Admitted that Plaintiffs Jason Leopold and BuzzFeed News submitted a FOIA request to Defendant on February 13, 2020. Defendant respectfully refers the Court to that FOIA request for a full and accurate statement of its contents.

7. Admitted that Plaintiffs Jason Leopold and BuzzFeed News submitted a FOIA request to Defendant on February 13, 2020. Defendant respectfully refers the Court to that FOIA request for a full and accurate statement of its contents.

8. Admitted that DOJ's Office of Information Policy ("OIP") acknowledged receipt of Plaintiffs' February 13, 2020 FOIA request and responded to Plaintiffs' request for expedited processing by letter dated February 21, 2020. Defendant respectfully refers the Court to that letter for a full and accurate statement of its contents.

9. Admitted that, as of April 24, 2020, OIP had not produced any records in response to Plaintiffs' February 13, 2020 FOIA request. The remaining allegation in this paragraph consists of a legal conclusion to which no response is required. To the extent a response is deemed required, denied.

10. The allegations in this paragraph consist of legal conclusions to which no response is required. To the extent a response is deemed required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and they are therefore denied.

11.     The allegations in this paragraph consist of legal conclusions to which no response is required.  To the extent a response is deemed required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and they are therefore denied.

12.     The allegations in this paragraph consist of legal conclusions to which no response is required.  To the extent a response is deemed required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and they are therefore denied.

13.     The allegations in this paragraph consist of legal conclusions to which no response is required.  To the extent a response is deemed required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and they are therefore denied.

14.     Admitted that, as part of discussions regarding the scope of Plaintiffs' FOIA request that are ongoing as of the date of this filing, Plaintiffs have narrowed the scope of their request in the manner described in this paragraph.

15.     Admitted.

16.     The above responses are incorporated herein.

17.     Admitted that Defendant is a federal agency.  Denied that DOJ's (unidentified) component is a federal agency.  The remaining allegations of this paragraph consist of legal conclusions to which no response is required.

18.     The allegations in this paragraph consist of legal conclusions to which no response is required. To the extent a response is deemed required, denied.

19. The allegations in this paragraph consist of legal conclusions to which no response is required. To the extent a response is deemed required, denied.

The remaining paragraph of the Amended Complaint contains Plaintiffs' prayer for relief, to which no response is required. To the extent a response is deemed required, Defendant denies that Plaintiffs are entitled to any relief.

Defendant denies any allegations not expressly admitted in this Answer.

Dated: May 8, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

MARCIA BERMAN
Assistant Branch Director

/s/  *Stephen M. Pezzi*
STEPHEN M. PEZZI (D.C. Bar No. 995500)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-8576
Fax: (202) 616-8470
Email: stephen.pezzi@usdoj.gov

*Attorneys for Defendants*